1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GUADALUPE TORRES,

11            Plaintiff,                          No. CIV S-04-0079 LKK GGH P

12       vs.

13   HEMSLEY, et al.,

14            Defendants.                         ORDER

15   _____/

16            On June 6, 2005, plaintiff filed a request for sanctions against defendants.

17   Plaintiff contends that defendants' counsel changed their address but failed to notify plaintiff.

18   On June 6, 2005, defendants filed a reply to plaintiff's motion.  Defendants contend that their

19   counsel did not change their address.  After reviewing the pleadings, the court finds that

20   plaintiff's motion is without merit.

21            Accordingly, IT IS HEREBY ORDERED that plaintiff's June 6, 2005, request for

22   sanctions is denied.

23   DATED: 6/30/05

24                                               /s/ Gregory G. Hollows

25                                               _____
                                                 GREGORY G. HOLLOWS
26                                               UNITED STATES MAGISTRATE JUDGE

GGH:kj
torr79.san