```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  GUADALUPE TORRES,
                                      NO. CIV. S-04-79 LKK/GGH P
12            Plaintiff,

13       v.                                 O R D E R

14  HEMSLEY, et al.,

15            Defendants.
                                        /
16
```

17     Plaintiff, a state prisoner proceeding pro se, has filed this
18 civil rights action seeking relief under 42 U.S.C. § 1983.  The
19 matter was referred to a United States Magistrate Judge pursuant
20 to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
21     On November 8, 2005, the magistrate filed findings and
22 recommendations herein which were served on all parties. The court
23 has reviewed the file and the findings and recommendations issued
24 by the magistrate judge and finds that the decision is not
25 sufficiently supported by the record.  There remains a disputed
26 material fact about the nature of the injury to plaintiff's eye at

1 the time that he sought medical care via Officer Hemsley.
2 Additionally, it is also disputed whether defendant, or the nurse,
3 decided that the medical care could be delayed until later that
4 evening.  In order to determine whether Hensley exhibited
5 deliberate indifference with regards to plaintiff's injury, a
6 determination must be made about whether a serious medical need
7 existed.  <u>Wilson v. Seiter</u>, 501 U.S. 294, 299 (1991).  Taking all
8 reasonable inferences in favor of the plaintiff at this time, the
9 court finds that summary judgment is inappropriate because it is
10 disputed whether plaintiff faced a substantial risk of serious
11 harm.
12      The magistrate judge found that, based on the facts plaintiff
13 provided, defendant could have reasonably inferred that plaintiff's
14 injury was not an emergency and that he could wait to be seen that
15 evening during pill call, and therefore that defendant was entitled
16 to qualified immunity.  However, this court finds that by taking
17 all inferences in favor of the plaintiff, it is not possible to
18 determine at this time whether the defendant acted reasonably in
19 not ensuring that plaintiff received prompt medical care.
20      Accordingly, IT IS HEREBY ORDERED that:
21      1.   The court DECLINES to adopt the magistrate judge's
22 November 8, 2005 findings and recommendations; and
23 ////
24 ////
25 ////
26 ////

1    2.   Defendant's motion for summary judgment is DENIED.

2    IT IS SO ORDERED.

3    DATED:  February 1, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT