IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

        Plaintiff,           No. CIV S-04-0079 LKK GGH P

    vs.

HEMSLEY, et al.,

        Defendants.       <u>ORDER</u>

_____/

        On February 1, 2006, the district court declined to adopt the November 8, 2005, findings and recommendations.  The court will now reschedule the pretrial conference and jury trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The pretrial conference set for January 6, 2006, is vacated and reset for April 28, 2006; plaintiff's pretrial statement is due on or before April 7, 2006; defendant's pretrial statement is due on or before April 21, 2006;

/////

/////

/////

/////

1

1          2. The jury trial set for March 28, 2006, before the Honorable Lawrence K.

2   Karlton is vacated and reset for September 26, 2006, at 10:30 a.m.

3   DATED: 2/13/06

4

5                                        /s/ Gregory G. Hollows

6                                        _____
                                         GREGORY G. HOLLOWS
7                                        UNITED STATES MAGISTRATE JUDGE

8   ggh:kj
    tor79.res
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26