IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

      Plaintiff,                      No. CIV S-04-0079 LKK GGH P

    vs.

HEMSLEY, et al.,

      Defendant.                     ORDER

_____/

        On June 8, 2006, the court recommended that this action be dismissed for plaintiff's failure to file a pretrial statement. On July 10, 2006, plaintiff filed objections to the findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The June 8, 2006, findings and recommendations are vacated;

        2. Plaintiff's pretrial statement is due within thirty days of the date of this order; defendants' pretrial statement is due twenty days thereafter;

/////

/////

/////

/////

1

1    3.  The jury trial set for September 26, 2006, before the Honorable Lawrence K.
2 Karlton is vacated and will be re-set at a later date.
3 DATED:  7/28/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

6 GGH:kj
tor79.vac