UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

        Plaintiff,

  vs.

        No. CIV S-04-0079 LKK GGH P

HEMSLEY, et al.,

        Defendants.
_____/

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Guadalupe Torres, inmate # 000274-1, a necessary and material witness in proceedings in this case on January 16, 2007, at 11:15 a.m., is confined in Coalinga State Hospital, PO Box 5000, Coalinga, CA 93210-5000, in the custody of the Coalinga State Hospital; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom # 4, United States Courthouse, 501 I Street, Sacramento, CA on January 16, 2007, at 11:15 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Sheriff of Sacramento County Main Jail, 651 I Street, Sacramento, California and the Office of the United States Marshal, 501 I Street, Sacramento, CA 95814.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: H.I.M.D. C. Villarreal: Coalinga State Hospital, PO Box 5000, Coalinga, CA 93210-5000:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 12/8/06

                                              /s/ Gregory G. Hollows
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
torr0079.841