IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

    Plaintiff,  No. CIV S-04-0079 LKK GGH P

  vs.

HEMSLEY, et al.,

    Defendants.  ORDER
_____/

    On October 30, 2006, the Magistrate Judge issued an order denying appointment of counsel. On November 27, 2006, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of October 30, 2006 is therefore untimely.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 30, 2006 request for reconsideration is denied.

DATED:   December 18, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT