UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

        Plaintiff,        No. CIV S-04-0079 LKK GGH P

  vs.

HEMSLEY, et al.,

        Defendants.        **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Guadalupe Torres, inmate # 000274-1, a necessary and material witness in proceedings in this case on January 16, 2007, at 11:15 a.m., is confined in Coalinga State Hospital, PO Box 5000, Coalinga, CA 93210-5000, in the custody of the Coalinga State Hospital; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Coalinga State Hospital, January 16, 2007, at 11:15 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The previously issued writ filed on December 8, 2006 is vacated. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Sheriff of Sacramento County Main Jail, 651 I Street, Sacramento, California and the Office of the United States Marshal, 501 I Street, Sacramento, CA 95814, and to notify the litigation coordinator by facsimile at 559-935-4308.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** Litigation Coordinator Janine Wallace: Coalinga State Hospital, PO Box 5000, Coalinga, CA 93210-5000**:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 12/18/06

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:kj:bb/torr0079.84llkktch