IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

      Plaintiff,                 No. CIV S-04-0079 GGH P

    vs.

HEMSLEY, et al.,

      Defendants.          <u>ORDER</u>
_____/

      IT IS HEREBY ORDERED that the jury trial is set for April 9, 2007, at 9:00 a.m. before the undersigned.

DATED: 1/18/07                         /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

torr79.sch

1