IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE TORRES,

      Plaintiff,               No. CIV S-04-0079 LKK GGH P

   vs.

HEMSLEY, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On January 16, 2007, a trial confirmation hearing was held. Bruce Kilday and Susan DeNardo appeared on behalf of defendants. Plaintiff Torres appeared in pro se.

        At the hearing, the parties consented to trial of this action before the Magistrate Judge. The court also clarified that defendant Yolo County is dismissed from this action for the reasons stated in the November 8, 2005, findings and recommendations. Finally, the court found that because plaintiff failed to file a supplemental pretrial statement identifying his exhibits, as ordered in the October 30, 2006, pretrial order, he is not permitted to introduce exhibits at trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred to Magistrate Judge Hollows for all further proceedings;

        2. The jury trial set for April 17, 2007, before the undersigned is vacated;

        3. Defendant Yolo County is dismissed;

1    4. Plaintiff may not introduce exhibits at trial.

2  DATED: January 19, 2007

3

4  tor79.lkk

5  /s/ Lawrence K. Karlton
    LAWRENCE K. KARLTON
6    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

2